FILED

97 JUL 11 PM 1:15

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

JUL 1 1 1997

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES FIDELITY & GUARANTY
COMPANY,

    Plaintiff,

vs.

WALLY S. FULTON, JR., et al.,

    Defendants.

CIVIL ACTION NO.

CV 97-AR-1190-S

### FINDINGS AND CONCLUSIONS

This cause is before the court on written motion of counsel for plaintiff, supported by affidavit, for judgment by default in favor of plaintiff, United States Fidelity & Guaranty Company ("USF&G"), and against defendants, Wally S. Fulton and Fulton Roofing & Construction Company, Inc., pursuant to Rule 55(b), F.R.Civ.P. The court issues the following findings and conclusions:

    1. The summons and complaint in this cause were served upon the named defendants on Wally S. Fulton and Fulton Roofing & Construction Company, Inc., and said defendants have failed to appear or plead or otherwise defend.

    2. The clerk properly entered default against defendants on July 3, 1997.

    3. Defendants, Wally S. Fulton and Fulton Roofing & Construction Company, Inc., are not infants or incompetent persons and are not in the military service.

    4. Defendants are indebted to plaintiff in the sum of $379,630.22, plus court costs.

DONE this 11 day of July, 1997.

                                                  WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE